No. 523, Misc.    SWAIN *v.* DUFFY, WARDEN;
No. 526, Misc.    MOSS *v.* STEELE, WARDEN;
No. 532, Misc.    FLEET *v.* SWENSON, WARDEN;
No. 533, Misc.    BRIDGES *v.* RAGEN, WARDEN;
No. 539, Misc.    CASTLEMAN *v.* OVERHOLSER;
No. 540, Misc.    WILLIAMS *v.* OVERHOLSER; and
No. 547, Misc.    PAQUETTE *v.* ILLINOIS. The motions for leave to file petitions for writs of habeas corpus in these cases are severally denied.

No. 433, Misc.    IN RE HANS;
No. 434, Misc.    IN RE SCHMIDT; and
No. 484, Misc.    LAMMERS *v.* UNITED STATES. The motions for leave to file petitions for writs of habeas corpus are denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS vote to deny without prejudice to making applications in a District Court. MR. JUSTICE JACKSON took no part in the consideration or decision of these applications.

No. 497, Misc.    BYERS *v.* UNITED STATES ET AL. Motions for leave to file petitions for writs of certiorari and mandamus denied.

No. 524, Misc.    CHANDLER *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA;
No. 546, Misc.    CHAPMAN *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA; and
No. 548, Misc.    WALSHFER *v.* MICHIGAN. The motions for leave to file petitions for writs of mandamus are severally denied.

No. 527, Misc.    KADANS *v.* COLEMAN. Motion for leave to file petition for writ of injunction denied.

No. 568, Misc.    TILLMAN *v.* FLORIDA. The motion for a stay of execution is denied. *P. Guy Crews* for petitioner.